In the Matter of JOHN T. LITTLE, an Attorney, Appellant. THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Matter of Little*, 175 App. Div. 280, appeal dismissed.

(Submitted May 27, 1918; decided June 4, 1918.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 12, 1916, which disbarred the appellant herein from practice as an attorney.

The motion was made upon the ground of failure to file the return.

*Einar Chrystie* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.